IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL J. RIGBY,

      Appellant,

v.                                                                    Case No.  5D16-3920

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed December 20, 2016

Appeal from the Circuit Court
for Osceola County,
Leticia J. Marques, Judge.

Michael J. Rigby, Milton, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Roark Wall,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.



      AFFIRMED.  See Fla. R. App. P. 9.315(a).



PALMER, TORPY, and LAMBERT, J.J., concur.